Mark Ogden; AZ Bar No. 017018
mogden@littler.com
Kristy L. Peters; AZ Bar No. 024756
kpeters@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John P. Miller<br><br>                    Plaintiff,<br><br>v.<br><br>Albertson's LLC and Jessica Hammond,<br><br>                    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL**<br>**(Federal Question)**<br><br>(Maricopa County Justice Court No. CC2018-149793 RC) |

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT**
**        FOR THE DISTRICT OF ARIZONA**

Defendants Albertson's LLC, improperly named in Plaintiff's initial Complaint as Albertsons Grocery Store, and Jessica Hammond, ("Defendants" or "Albertsons"), hereby remove the above-entitled action from the Arcadia Biltmore Justice Court, Maricopa County, State of Arizona, to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and Local Rule 3.6.  Defendants respectfully submit the following statement of grounds for removal on the basis of this Court's federal question jurisdiction.

1.   Plaintiff filed the action *John P. Miller v. Albertsons Grocery Store and Jessica Hammor* as a small claim case in the Arcadia Biltmore Justice Court in Maricopa

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

County, Arizona, *Case No. CC2018-149793SC* (the "Complaint" filed in the "State Court Action") on July 24, 2018. A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2. On August 27, 2018, Albertsons was served with the Complaint. Defendants filed a Request to Transfer Case Designated as a Small Claim to the Civil Division on September 11, 2018. Arcadia Biltmore Justice Court filed its Notice of Transfer to the Civil Division and Notice of Required Disclosure on September 11, 2018. A true and correct copy of all filings received and filed by the Defendants in the State Court Action in addition to the Complaint is attached hereto as **Exhibit 2.**

3. This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff has alleged a federal question. Specifically, Plaintiff's Complaint purports to state causes of action under the Americans with Disabilities Act, 42 U.S.C. § 12101. Thus, the Complaint itself, although filed in Arizona state court, invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1331. "'A case arise[s] under federal law within the meaning of § 1331 . . . if a well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law.'" *Cook Inlet Region, Inc. v. Rude*, 690 F.3d 1127, 1130 (9th Cir. 2012) (quoting *Empire Healthchoice Assurance, Inc. v. McVeigh*, 547 U.S. 677, 689–90 (2006)) (internal citation omitted). Accordingly, this matter is removable under 28 U.S.C. § 1441(a).

4. It appears the only assertion in the Complaint is violation of the Americans with Disabilities Act. However, to the extent the Complaint includes state law claims, such claims would necessarily be based on the same operative facts as Plaintiff's federal claim. Therefore, this Court has supplemental jurisdiction over any state law claims arguably pled pursuant to 28 U.S.C. § 1367, and those claims properly are removable under 28 U.S.C. § 1441(c).

5. Notice of this removal is effected properly and timely pursuant to 28 U.S.C. § 1446(b)(1) as it is filed within 30 days after Defendants were served with the Summons and Complaint in the Action.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

6.   Based on the foregoing, this Action is properly removed to this Court.

7.   Defendants have given written notice of this removal to all adverse parties, in accordance with 28 U.S.C. § 1446(d). A copy of the Notice to Adverse Party of Removal of Civil Action in the Arcadia Biltmore Justice Court of Maricopa County, Arizona is attached as **Exhibit 3**.

8.   Defendants filed the Notice to State Court of Removal of Civil Action in the Arcadia Biltmore Justice Court of Maricopa County, Arizona and served Plaintiff with the Notice, in accordance with 28 U.S.C. § 1446(d). A copy of the Notice to State Court of Removal of Civil Action is attached as **Exhibit 4**.

DATED this 21st day of September, 2018.

*s/ Kristy L. Peters*
Mark Ogden
Kristy L. Peters
LITTLER MENDELSON, P.C.
Attorneys for Defendants

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 21st day of September, 2018, to:

John P. Miller
601 N. Hayden Road, Lot 108
Scottsdale, Arizona 85257
Plaintiff *Pro Per*

*s/ Linda Bullis*
FIRMWIDE:157135064.1 084948.1011