IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John P. Miller,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Albertsons LLC, et al.,<br><br>　　　　　Defendants. | No. CV-18-03001-PHX-GMS<br><br>**ORDER** |

　　　The Court has received and reviewed the parties' Joint Motion to Dismiss (Doc. 12) in this matter. Accordingly,

　　　**IT IS ORDERED** dismissing the above-entitled action, with prejudice, each party to bear its own attorneys' fees and costs.

　　　Dated this 9th day of October, 2018.

_____
G. Murray Snow
Chief United States District Judge